UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2361 DWF/AJB

| | |
|---|---|
| NANCY DOUGLAS, Trustee of the William Strawn Douglas Supplemental Needs Trust<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, MINNESOTA DEPARTMENT OF VETERANS AFFAIRS, UNITED STATE OF AMERICAN, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, LILLIAN R. DAMBOWY AS FEDERAL PAYEE, AND JEFFREY L. OLSON AS COMMISSIONER OF THE MINNESOTA DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties to the above-entitled matter hereby stipulate to the dismissal of this cause of action, with prejudice, without costs to any party.

Dated: May 20, 2002

Edward A. Zimmerman

EDWARD A. ZIMMERMAN, Esq.
Military and Veterans
National Law Center
201 West Travelers Trail
Suite 11
Burnsville, MN 55337
Attorney for Plaintiffs

FILED MAY 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5-30-02

THOMAS B. HEFFELFINGER
United States Attorney

Joan D. Humes

BY: JOAN D. HUMES
Assistant U.S. Attorney
Attorney ID Number 214462
United States Attorneys Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Attorneys for Defendants United States, the United States Department of Veteran Affairs, and Anthony Principi

Dated: 5/24/02

Noah A. Cashman

NOAH A. CASHMAN
Assistant Attorney General
Office of Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101
Attorney for Defendants State of Minnesota, Minnesota Department of Veterans Affairs, Lillian R. Dambowy, and Jeffrey L. Olson

IT IS SO ORDERED.

May 31 2002

DONOVAN W. FRANK, Judge
United States District Court